UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DACAYLA MAYES,<br><br>    Plaintiff,<br><br>v.<br><br>THE CHEESECAKE FACTORY<br>RESTAURANTS, INC.,<br><br>    Defendant. | No._____<br><br>JURY DEMANDED |

## NOTICE OF REMOVAL

Defendant The Cheesecake Factory Restaurants, Inc., by and through the undersigned counsel, hereby gives notice of removal of the above-captioned cause from the Circuit Court of Shelby County, Tennessee, to the United States District Court for the Western District of Tennessee, Western Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446(b). As grounds for removal, The Cheesecake Factory Restaurants, Inc. states as follows:

**Background**

1.  On September 26, 2023, Plaintiff Dacayla Mayes filed a civil action against The Cheesecake Factory Restaurants, Inc. in the Circuit Court of Shelby County, Tennessee, bearing Case No. CT-3983-23 (*See* Pl.'s Compl.) (Exhibit One).

2.  In the Complaint, Plaintiff asserts a negligence claim against The Cheesecake Factory Restaurants, Inc. based upon allegedly eating contaminated food while dining on or about September 3, 2022, on the premises of a Cheesecake Factory Restaurants, Inc. store located at 2760 N. Germantown Pky., Suite 193, Memphis, Shelby County, Tennessee 38375. (*See* Pl.'s

16965-232756 (ROB)

Compl., ¶¶5–36).

3. The Cheesecake Factory Restaurants, Inc. was served with copies of the Summons and Complaint through their registered agent, Corporation Service Company, on October 4, 2023. (Exhibit One).

4. The Cheesecake Factory Restaurants, Inc. seeks removal of this action to this Court pursuant to 28 U.S.C. § 1332, based upon grounds that the controversy is wholly between citizens of different states and involves an amount in controversy which exceeds $75,000.00, exclusive of the interest and costs.

5. Plaintiff commenced this action in the Circuit Court of Shelby County, Tennessee, which is within the territorial jurisdiction of the United States District Court for the Western District of Tennessee, Western Division. *See* 28 U.S.C. 123(c)(2). Accordingly, removal to this Court is proper. *See* 28 U.S.C. § 1441(a).

### Diversity of Citizenship

#### Plaintiff

6. As alleged in her Complaint, "Plaintiff, Dacayla Mayes, is a citizen and resident of Tennessee." (Pl.'s Compl., ¶1).

#### Defendant

7. The Cheesecake Factory Restaurants, Inc. is a foreign corporation formed in California. (Pl.'s Compl., ¶2). Specifically, Defendant is a California corporation with its principal place of business in Calabasas Hills, California. (Exhibit Two). Accordingly, for purposes of diversity jurisdiction, The Cheesecake Factory Restaurants, Inc. is a citizen of California.

### Amount in Controversy

10. The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

2

16965-232756 (ROB)

Specifically, Plaintiff's Complaint demands a judgment in the amount of $347,489.00. (*See* Pl.'s Compl., p. 5, Prayer for Relief).

### Procedural Compliance

11. The Cheesecake Factory Restaurants, Inc. filed this Notice of Removal within the time prescribed by 28 U.S.C. § 1446(b).

12. The Cheesecake Factory Restaurants, Inc. has provided a copy of this Notice of Removal to all adverse parties and to the Clerk of the Circuit Court of Shelby County, Tennessee, in accordance with 28 U.S.C. § 1446(d).

13. Copies of the Summons and Complaint served upon The Cheesecake Factory Restaurants, Inc., being all the papers contained in the state court action, are attached collectively as Exhibit One hereto in accordance with 28 U.S.C. §§ 1446(a) and 1447(b).

14. The Cheesecake Factory Restaurants, Inc. reserves the right to supplement or amend this Notice of Removal as necessary and appropriate.

WHEREFORE, based on the foregoing, The Cheesecake Factory Restaurants, Inc. gives notice that the civil action, bearing Case No. CT-3983-23, is hereby removed from the Circuit Court of Shelby County, Tennessee, to this Court.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, PLC

By: /s/ Robert O. Binkley, Jr.
ROBERT O. BINKLEY, JR. (BPR No. 11991)
***Attorney for Defendant***
209 East Main Street
P.O. Box 1147
Jackson, Tennessee 38302-1147
(731) 423-2414—phone
(731) 426-8150—fax
rbinkley@raineykizer.com

16965-232756 (ROB)

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing pleading was served by mailing postage prepaid and/or by electronic means, to the following:

A. Wilson Wages (BPR No. 6173)
WAGES LAW FIRM
***Attorney for Plaintiff***
4557 Shelby Road
Millington, Tennessee 38053
(901) 872-800 (phone)
(901) 872-4503 (fax)
awages@wageslaw.com

This the 19th day of October, 2023.

                                                              */s/ Robert O. Binkley, Jr.*